UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CAMERON PEARL** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER:** |
| | * | |
| **REN KEQI, WILLIAM DOWIE, SAFETY INSURANCE COMPANY, ABC INSURANCE COMPANY, JOSE GUERRERO, ROADRUNNER CHARTERS, INC., PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE COMPANY, AND INDIAN HARBOR INSURANCE COMPANY** | * * * * * * * * | **JUDGE:** **MAGISTRATE:** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**FILED:** _____       _____
                                                                                          **DEPUTY CLERK**

## CONCURRENCE IN REMOVAL

**NOW COMES** defendant, Indian Harbor Insurance Company, in proper person, which shows that defendant was advised by counsel for co-defendants, Jose Guerrero, Roadrunner Charters, Inc., Pennsylvania Manufacturers' Association Insurance Company, of the intended removal of this matter from the Civil District Court for the Parish of Orleans, State of Louisiana to this Honorable Court, on January 8, 2020 predicated upon diversity of citizenship jurisdiction under 28 U.S.C. §1332. Indian Harbor Insurance Company has been designated as a defendant in this proceeding and hereby confirms its consent and concurrence to removal as reflected in the Petition for

Removal filed by co-defendants, Jose Guerrero, Roadrunner Charters, Inc., Pennsylvania Manufacturers' Association Insurance Company.

Respectfully submitted,

/s/ *Andrea L. Albert*
ANDREA L. ALBERT (#27353)
GALLOWAY, JOHNSON, TOMPKINS,
   BURR & SMITH
#3 Sanctuary Boulevard, Third Floor
Mandeville, Louisiana  70448
Telephone: (985) 674-6680
Facsimile:  (985) 674-6681
Attorneys for Indian Harbor Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of January, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: All counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Julian Brown.

/s/ Charles M. Ponder, III
   CHARLES M. PONDER, III