## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CAMERON PEARL** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER:** |
| | * | |
| **REN KEQI, WILLIAM DOWIE, SAFETY INSURANCE COMPANY, ABC INSURANCE COMPANY, JOSE GUERRERO, ROADRUNNER CHARTERS, INC., PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE COMPANY, AND INDIAN HARBOR INSURANCE COMPANY** | * * * * * * * * | **JUDGE:** **MAGISTRATE:** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**FILED: _____    _____**
                                                                                          **DEPUTY CLERK**

## CONCURRENCE IN REMOVAL

**NOW COMES** Defendants, Ren Keqi, William Dowie, and Safety Insurance Company, through undersigned counsel, which shows that defendant was advised by counsel for co-defendants, Jose Guerrero, Roadrunner Charters, Inc., and Pennsylvania Manufacturers' Association Insurance Company, of the intended removal of this matter from the Civil District Court for the Parish of Orleans, State of Louisiana to this Honorable Court, on January 9, 2020 , predicated upon diversity of citizenship jurisdiction under 28 U.S.C. §1332.  Ren Keqi, William Dowie, and Safety Insurance Company has been designated as a defendant in this proceeding and hereby confirms its consent and concurrence to removal as reflected in the Petition for Removal filed by co-defendants, Jose Guerrero,

Roadrunner Charters, Inc., and Pennsylvania Manufacturers' Association Insurance Company.

Respectfully Submitted,

/s/ Harry McClellan Moffett IV
BREAZEALE, SACHSE, AND WILSON, L.L.P.
300 Washington Street, Suite 210
Monroe LA, 71201
Phone: (318) 398-4330
Facsimile: (318) 398-4325

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of January, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: All counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

/s/  Harry McClellan Moffett IV
HARRY MCCLELLAN MOFFETT IV