UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CAMERON PEARL** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER:** |
| | * | |
| **REN KEQI, WILLIAM DOWIE, SAFETY** | * | **JUDGE:** |
| **INSURANCE COMPANY, ABC INSURANCE** | * | |
| **COMPANY, JOSE GUERRERO,** | * | **MAGISTRATE:** |
| **ROADRUNNER CHARTERS, INC.,** | * | |
| **PENNSYLVANIA MANUFACTURERS'** | * | |
| **ASSOCIATION INSURANCE COMPANY,** | * | |
| **AND INDIAN HARBOR INSURANCE** | * | |
| **COMPANY** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**FILED: _____      _____**
                                                                                                                **DATE**

### CERTIFICATE OF COMPLIANCE WITH RULE 28 U.S.C. § 1447(b)

NOW COME defendants, Performance Peterbilt of Tallahassee, LLC and Sentry Select Insurance Company, which certify that the following documents are submitted in accordance with 28 U.S.C. § 1447(b):

1. A *List of Parties* with respective counsel representing each party;

2. A copy of all pleadings filed in the state court proceeding as follows:

    a) Petition for Damages dated 11/22/19;

    b) Citation to Defendant, Jose Guerrero, issued by Chelsea Richard Napoleon, Clerk of Court, Civil District Court, Parish of Orleans dated 11/26/19 (No Affidavit of Long-Arm Service);

    c)      Motion for Extension of Time on behalf of defendants, Jose Guerrero, Roadrunner Charters, Inc., Pennsylvania Manufacturers' Association Insurance Company dated 1/8/2020;

    D)      Request for Notice on behalf of defendants, Jose Guerrero, Roadrunner Charters, Inc., Pennsylvania Manufacturers' Association Insurance Company dated 1/8/2020;

                                                    Respectfully submitted,

                                                  /s/ Charles M. Ponder, III
                                                  CHARLES M. PONDER, III, #2052
                                                  PONDER LAW FIRM
                                                  935 Gravier Street, Suite 835
                                                  New Orleans, Louisiana 70112
                                                  Telephone: (504) 528-3066
                                                  Facsimile: (504) 528-3077

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of January, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: <u>All counsel of record.</u> I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail and e-mail to the following non-CM/ECF participants: None.

                       /s/ Charles M. Ponder III
                          CHARLES M. PONDER, III