UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CAMERON PEARL | CIVIL ACTION |
| VERSUS | NUMBER 2:20-CV-00160 |
| REN KEQI, WILLIAM DOWIE, SAFETY INSURANCE COMPANY, ABC INSURANCE COMPANY, JOSE GUERRERO, ROADRUNNER CHARTERS, INC., PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE COMPANY, AND INDIAN HARBOR INSURANCE COMPANY | JUDGE: WBV<br><br>MAGISTRATE: MBN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED: _____  DATE: _____

### CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel comes Safety Insurance Company, who makes this Disclosure Statement in compliance with Rule 7.1 of the Federal Rules of Civil Procedure.

Safety Insurance Company has no parent corporation, and no publicly held corporation owns 10% or more of the stock of Safety Insurance Company.

Respectfully submitted, this 18th day of February, 2020.

**Attorneys for Ren Keqi, William Dowie, and Safety Insurance Company**

BREAZEALE, SACHSE & WILSON, LLP
300 Washington Street, Suite 210
Monroe, Louisiana 71201
Telephone (318) 398-4330

BY: /s/ Harry M. Moffett, IV_____
   HARRY M. MOFFETT, IV (Bar Roll No. 23870)
   LAURA S. ACHORD (Bar Roll No. 29060)

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Harry M. Moffett, IV
HARRY M. MOFFETT, IV